CLARKE, Appellant, v. MATZKIN et al., Respondents. (Supreme Court, Appellate Division, Second Department. October 9, 1908.) Action by Audley Clarke against Max Matzkin and others. No opinion. Judgment of the County Court of Kings county reversed, and

new trial ordered, costs to abide the event, upon the authority of Weideman v. Zielinska, 102 App. Div. 163, 92 N. Y. Supp. 493.